UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SPENCER NEAL, | ) | CASE NO. 5:17-cv-02009 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| 1490 ARLINGTON, LTD, et al., | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES Plaintiff Spencer Neal, by and through his respective undersigned counsel, and hereby gives Notice that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that Plaintiff hereby dismisses all claims against Defendant 1490 Arlington, Ltd with prejudice, with each party bearing its own costs.

/s/ *COLIN G. MEEKER*
Colin G. Meeker (#0092980)
Blakemore, Meeker & Bowler Co., L.P.A.
495 Portage Lakes Dr.
Akron, OH 44319
Office: (330) 253-3337
Fax: (330) 253-4131
cgm@bmblaw.com

Attorney for Plaintiff, Spencer Neal

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of January, 2018, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

Respectfully submitted,

**/s/ *COLIN G. MEEKER***

Colin G. Meeker (#0092980)
Blakemore, Meeker & Bowler Co., L.P.A.
495 Portage Lakes Dr.
Akron, OH 44319
Office: (330) 253-3337
Fax: (330) 253-4131
cgm@bmblaw.com

Attorney for Plaintiff, Spencer Neal