# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **SPENCER NEAL,** | ) | **CASE NO. 5:17-cv-02009** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE JOHN R. ADAMS** |
| | ) | |
| v. | ) | |
| | ) | |
| **1490 ARLINGTON, LTD, et al.,** | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

NOW COMES Plaintiff Spencer Neal, by and through his respective undersigned counsel, and hereby gives Notice that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that Plaintiff hereby dismisses all claims against Defendant 1490 Arlington, Ltd with prejudice, with each party bearing its own costs.

        **/s/ *COLIN G. MEEKER***
        Colin G. Meeker (#0092980)
        Blakemore, Meeker & Bowler Co., L.P.A.
        495 Portage Lakes Dr.
        Akron, OH 44319
        Office: (330) 253-3337
        Fax: (330) 253-4131
        cgm@bmblaw.com

        Attorney for Plaintiff, Spencer Neal

IT IS SO ORDERED.
/s/ John R. Adams
U.S. District Judge
01/23/2018